In the Matter of JOSEPH LIEBERMAN, Petitioner, v. WILLIAM S. HULTS, as Commissioner of Motor Vehicles, Respondent.— Determination of Commissioner of Motor Vehicles unanimously confirmed and the petition dismissed, without costs to either party. While revocation of the operator's license of petitioner may seem to constitute a severe discipline imposed after 45 years of automobile operation without unusual incident, nevertheless, petitioner is in a position to make a new application for an operator's license within a relatively short period. Concur— Breitel, J. P., Valente, McNally, Stevens and Eager, JJ.

VIVISECTION INVESTIGATION LEAGUE et al., Appellants, v. AMERICAN SOCIETY FOR THE PREVENTION OF CRUELTY TO ANIMALS, Respondent.— Order, dated June 8, 1960, granting defendant's motion to dismiss the complaint on the ground that it does not state facts sufficient to constitute a cause of action, unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur— Breitel, J. P., Valente, McNally, Stevens and Eager, JJ.

In the Matter of WOLGOR REALTY CORPORATION, Appellant, v. ROBERT E. HERMAN, as State Rent Administrator, Respondent.— Order, dated June 1, 1960, denying petitioner's application pursuant to article 78 of the Civil Practice Act, for an order annulling the determination of the State Rent Administrator and dismissing the petition, unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur— Rabin, J. P., McNally, Stevens and Eager, JJ.

BREGMAN CONSTRUCTION CORP., Respondent, v. PROVIDENCE GRANITE Co., INC., Appellant.— Judgment and order unanimously affirmed, with costs to the respondent. No opinion. Concur— Rabin, J. P., McNally, Stevens and Eager, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. ANTONIO VALENTIN alias ANTONIO VALENTINO.— Motion for an order entering in the record a certificate that a question under the Constitution of the United States was presented on the appeal herein granted. Concur— Breitel, J. P., Rabin, McNally and Stevens, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. MAUD L. WHITE.— Motion for an enlargement of time granted, insofar as to enlarge the defendant-appellant's time to bring on the appeal for argument up to and including the October 1960 Term of this court. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

ETHEL V. RENNER v. WILLIAM K. RENNER.— Motion for leave to dispense with printing denied, with $10 costs; and the defendant William K. Renner is directed to pay to the plaintiff at the office of her attorney, S. Arthur Glixon, as and for the counsel fee of said attorney for services rendered in opposing this motion the sum of $50, the said sum to be paid within 10 days after the service of a copy of this order, with notice of entry, on his attorney. Concur— Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

In the Matter of the Estate of MORRIS JACOBS, Deceased. OSTOW & JACOBS; DAVID B. OSTOW et al.— Motion for a stay granted, on condition that the appellants procure the record on appeal and appellants' points to be served and filed on or before October 4, 1960, with notice of argument for the November 1960 Term of this court, said appeal to be argued or submitted when reached. Concur— Botein, P. J., Breitel, Stevens and Eager, JJ.